# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Tigress Sydney Acute McDaniel, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00448-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Michelle Feimster Bailey | ) | |
| Infinity Bail Bonds, LLC | | |
| Richard Huffman | | |
| Anna Mills Wagoner | | |
| Wells Fargo & Company | | |
| Julia A. Titus Emerson | | |
| Does | | |
| American Reliable Insurance Company | | |
| Assurant Specialty Property | | |
| W. Erwin Spainhour, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2017 Order.

September 22, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court